CV6-195 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00195-CV








In the Matter of J. M.








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-13,594, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 Appellant filed a motion to dismiss the appeal. We grant the motion. Tex. R.
App. P. 59(a)(1). We note that appellant perfected appeal by a "Notice of Appeal," which is not
a correct perfecting instrument in a civil case. Although the appeal is dismissed before appellant
has substituted a correct perfecting instrument, inasmuch as he has not shown he is indigent, the
filing fee for the transcript remains due.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 24, 1996

Do Not Publish